UNION MORTGAGE COMPANY, Appellant, *v.* LOFT CANDY CORPORATION, Respondent, et al., Defendants.

Argued January 15, 1946; decided March 7, 1946.

*Milton B. Ignatius* and *Joseph S. Catalano* for appellant.

*Benjamin D. Gold, Benjamin Pollack* and *Murray A. Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.